**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Simon CABRERA, Defendant–Appellant.**

No. 03–10030.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 2, 2003.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Jose Simon Cabrera appeals the district court's order denying his motions for leave to file an out-of-time appeal from his sentence and to substitute counsel. Because Cabrera's notice of appeal was not filed within ten days of entry of the district court's orders denying his motions, this court lacks jurisdiction over this appeal. *See* FED. R.APP. P. 4(b)(1); *United States v. Merrifield*, 764 F.2d 436, 437 (5th Cir. 1985).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.